THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PHEANDREATE HIL, LAQUISHA BEASLEY, and ANTELENA WILLIAMS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> MAPCO EXPRESS, INC., <br><br> Defendant. | NO. 3:20-cv-00472 <br> JUDGE RICHARDSON |

## **ORDER**

The parties have submitted a Stipulation of Dismissal without Prejudice and without Costs (Doc. No. 30, "Stipulation"). The Stipulation states that the parties have agreed to a dismissal of this action. Under Fed. R. Civ. P. 41(a)(1)(A)(ii), the Stipulation sufficed to dismiss this action without any action on the part of the Court. Since this Stipulation states that the dismissal is without prejudice, the dismissal is indeed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B). Accordingly, the Court acknowledges that this action has been **DISMISSED** without prejudice effective as of the time of the filing of the Stipulation, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE